[No. 34886-1-II.   Division Two.   April 24, 2007.]

BD ROOFING, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-05520-6, Kathryn J. Nelson, J., entered April 28, 2006. *Affirmed* by unpublished opinion per Van Deren, A.C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ. Now published in part at 139 Wn. App. 98.

[No. 24410-5-III.   Division Three.   April 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARIAH L. BAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-00560-6, Cameron Mitchell, J., entered July 21, 2005. *Affirmed* by unpublished opinion per Kato, J. Pro Tem., concurred in by Sweeney, C.J., and Kulik, J.

[No. 24445-8-III.   Division Three.   April 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY A. HEWARD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 04-1-04131-8, Linda G. Tompkins and Tari S. Eitzen, JJ., entered August 23, 2005 and August 11, 2006. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Kato, J. Pro Tem.

[No. 24482-2-III.   Division Three.   April 24, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINTON WAYNE ALDRICH, *Appellant*.

Appeal from a judgment of the Superior Court for Whitman County, No. 05-1-00068-1, David Frazier, J., entered July 29, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Kato, J. Pro Tem.